# PAUL W. MEYER, JR.

Attorney at Law
Admitted in New York and Florida

<u>Via ECF</u>

February 1, 2024

Judge Kenneth M. Karas
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10601

                Re:   Charles v. The City of Yonkers, *et al.*
                      Case #7:23-cv-07754-KMK-VR

Dear Honorable Judge:

      Be advised that I am the attorney for the Defendants A&J Towing & Auto Body, Inc. and William Mulvaney, relative to the subject matter.

      By Order issued February 1, 2024, you directed the having of a Premotion Conference on the subject matter on February 28, 2024 at 2:00 p.m.

      Note that on February 28, 2024, I am engaged on trial in the matter of <u>Muzyka v. Muzyka</u>, Index #3811/14, at Supreme Court, Bronx County. Furthermore, on February 29, 2024, I am engaged on trial in the matter of <u>Wright v. Mendoza</u>, Index #66425/22, at the Supreme Court, Westchester County.

      By virtue of my aforesaid trial schedule, I will be unable to participate at the aforesaid conference as to the matter before you. As such, the request is made that same be adjourned to any time after March 1, 2024.

      Thanking you in advance, I am

*Granted. The conference is adjourned to 3/5/24, at 10:30 via Teleconference.*

*So Ordered
[signature] 2/1/24*

                                                    Very truly yours,

                                                    Paul W. Meyer, Jr.

PWM/cd
cc: All parties (via ECF filing)

35 East Grassy Sprain Road
Suite 500
Yonkers, New York 10710

Tel.  (914) 961-3000
Fax.  (914) 961-4993
Email  paul@meyerjrlaw.com

*(Fax and Email Not For Service Purposes)*