**CAMPANELLI & ASSOCIATES, P.C.**
ATTORNEYS AND COUNSELORS AT LAW

www.campanellipc.com

1757 Merrick Avenue · Suite 204 · Merrick, New York 11566
Telephone (516)746-1600
Facsimile (516) 746-2611

Andrew J. Campanelli
*Member of NY Bar*

Jean M. Smyth
Patricia Mackreth

COUNSEL

George B. McPhillips
*1930-1994*

March 5, 2024

*Via NYSD ECF*
Hon: Kenneth M. Karas
United States District Court Judge
United States District Court
300 Quarropas Street
White Plains, NY 10601-4150

Re:   Dach Charles v. City of Yonkers            Jerome Turner v. City of Yonkers
      Docket no. 23-cv-07754-KMK-VR              Docket no. 23-cv-09118-KMK-VR

      Richardo Guzman v. City of Yonkers         Jeriel Alexander v. City of Yonkers
      Docket no. 23-cv-08942-KMK-VR              Docket no. 23-cv-5114-KMK-VR

Dear Judge Karas:

My firm represents the plaintiffs in each of the above-referenced matters.

As discussed with the Court this morning, the parties have agreed to attend a global settlement conference before the Honorable Victoria Reznik in an effort to settle all four of the above-referenced matters.

We understand that Judge Reznik will be scheduling that conference sometime in May.

To avoid incurring unnecessary legal fees in these cases in the interim, the parties jointly request that this Court stay discovery in these four cases and additionally stay the plaintiff's requests to move to amend the complaints in the matters of Turner v. City of Yonkers and Charles v. City of Yonkers, pending completion of the global settlement conference before Judge Reznik.

So Ordered.
[signature]
3/5/24

Respectfully submitted,

/s/ *Andrew J. Campanelli*
Andrew J. Campanelli

cc: *All Parties via ECF*