UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Charles,

                            Plaintiffs,

        -against-

City of Yonkers, et al.,

                            Defendant.

----------------------------------------------------------------X

**ORDER RE STATUS CONFERENCE**

**7:23-cv-7754 KMK-VR**

**VICTORIA REZNIK, United States Magistrate Judge:**

      As directed by Judge Karas in DE #56 of 23-cv-5114, *Alexander v City of Yonkers, et al,* a telephone conference with Judge Reznik is hereby scheduled for **March 12, 2025 at 1:30 pm** to discuss the settlement issues raised in DE #54 and #55. The parties are to dial in to the **Cisco Webex conference line at 855-244-8681, enter Meeting ID #2310 527 2044** and then # to enter the conference.

.

      **SO ORDERED.**

DATED:    White Plains, New York
                March 4, 2025

_____
VICTORIA REZNIK
United States Magistrate Judge